# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF
# ORLANDO DIVISION

**NANDI BROWN,**

    **Plaintiff,**                   **CASE NO.: 6:24-cv-00067**

**vs.**

**AECOM TECHNICAL SERVICES, INC., a Foreign Profit Corporation,**

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

    Plaintiff, NANDI BROWN, hereby advises the Court that the Parties have reached a settlement in this case.

Date: May 31, 2024

*/s/ Anthony J. Hall*
Anthony J. Hall, Esq.
FL Bar No. 40924
THE LEACH FIRM, P.A.
1530 N. Orange Avenue, Suite 600
Winter Park, Florida 32789
Telephone: (407) 574-4999
Facsimile: (321) 594-7316
Email: ahall@theleachfirm.com
Email: aperez@theleachfirm.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will serve notice of filing upon all counsel of record.

*/s/ Anthony J. Hall*
Anthony J. Hall, Esq.
