## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

NANDI BROWN,

    Plaintiff,

v.                                  CASE NO. 6:24-cv-67-ACC-DCI

AECOM TECHNICAL SERVICES, INC.,

    Defendant.

_____/

## JOINT STATUS REPORT

Plaintiff **NANDI BROWN** ("**Brown**") and Defendant **AECOM TECHNICAL SERVICES, INC.** ("**AECOM**") (collectively, the "**Parties**"), submit their Joint Status Report, and state as follows:

1. On or about March 8, 2024, Brown filed a Demand for Arbitration before the American Arbitration Association.

2. On May 7, 2024, the Parties signed a settlement agreement, which required certain terms to be completed by May 30, 2024, and resolved all differences between the Parties.

3. The Parties are contemporaneously submitting their Joint Stipulation of Dismissal with Prejudice.

|  | Respectfully submitted, |
|---|---|
| **THE LEACH FIRM** | **SHUTTS & BOWEN LLP** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1560 North Orange Avenue | 200 S. Biscayne Boulevard |
| Suite 600 | Suite 4100 |
| Winter Park, FL 32789 | Miami, Florida 3131 |
| Telephone: (407) 543-6817 | Telephone: (305) 347-7337 |
| Facsimile: (833) 423-5864 | Facsimile: (305) 347-7837 |
| Email: ahall@theleachfirm.com | Rllorens@shutts.com |
| By: s/ *Anthony J. Hall* | By: *s/ Rene Gonzalez-LLorens* |
| Anthony J. Hall | Rene Gonzalez-LLorens |
| Florida Bar No. 40924 | Florida Bar No. 53790 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which sent notice to:

> Anthony J. Hall, Esq.
> The Leach Firm
> 1560 North Orange Avenue, Suite 600
> Winter Park, FL 32789
> 407-543-6817
> Fax: 833-423-5864
> Email: ahall@theleachfirm.com
> Attorneys for Plaintiff

*s/ Rene Gonzalez-LLorens*
Rene Gonzalez-LLorens

MIADOCS 28141375 1